**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**MARY FRANCES HUFF,**

    **Plaintiff,**

v.                                    Case No.  8:07-cv-1632-T-27TBM

**ERVIN BISHOP CONSTRUCTIONS
INC., et al.,**

    **Defendants.**
_____/

**REPORT AND RECOMMENDATION**

THIS MATTER is before the court on Plaintiff's Affidavit of Indigency (Doc. 3), which is construed as a motion for leave to proceed *in forma pauperis*.  Plaintiff's affidavit suggests that she is indigent and should be allowed to proceed without paying the usual filing fee for civil actions.  However, 28 U.S.C. § 1915 requires the court to dismiss the case at any time if the court determines that (a) the allegation of poverty is untrue, or (b) the action is frivolous or malicious or fails to state a claim on which relief may be granted.  Id. § 1915(e)(2)(A), (B).

Plaintiff, who is proceeding *pro se*, alleges in her Complaint:

> Plaintiff, Mary F. Huff is sue (sic) Defendants, Mr Ervin Bishop and Tabitha Casino $20.000.00 (sic).

(Doc. 1).  In support thereof, Plaintiff files a Disclosure Under the Federal Truth in Lending Act and Federal Reserve Regulation Z by ADP Retirement Services and Defendant Ervin Bishop Construction, Inc.  (Doc. 1 at 2, 3).  This document indicates that William Huff received a loan of $8,500.00 in 2005.  See id.  No further information is provided.  While *pro se* pleadings are to be construed liberally, the Complaint fails to comply with Rule 8 of the Federal Rules of Civil Procedure, and the court is unable to ascertain the type of claim

Plaintiff is attempting to assert.  Moreover, Plaintiff has failed to have her Affidavit of Indigency notarized.

Accordingly, it is RECOMMENDED that the court DENY WITHOUT PREJUDICE Plaintiff's motion to proceed *in forma pauperis* (Doc. 3) and direct the Plaintiff to refile her Complaint in accordance with the Federal Rules of Civil Procedure and the Local Rules of this court within twenty (20) days.[1]  The Clerk shall forward to Plaintiff a copy of this Report and Recommendation and a brochure from the Federal Bar Association Pro Bono Civil Litigation Project.  It is strongly urged that Plaintiff seek the assistance of an attorney through this program or elsewhere before again filing papers with this court.

> Respectfully submitted on this
> 19th day of September 2007.
>
> _____
> THOMAS B. McCOUN III
> UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

Failure to file written objections to the proposed findings and recommendations contained in this report within ten days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal and a *de novo* determination by a district judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; M.D. Fla. R. 6.02; see also Fed. R. Civ. P. 6; M.D. Fla. R. 4.20.

Copies to:
The Honorable James D. Whittemore, United States District Judge
Pro se Plaintiff

---

[1] Among other places, the Federal Rules of Civil Procedure can be found online at http://www.uscourts.gov/rules/newrules4.html, and the Local Rules can be found at the "Forms, Policies, and Publications" section of this court's website at http://www.uscourts.gov.