## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

MARY FRANCES HUFF,

        Plaintiff,

vs.                                   **Case No. 8:07-CV-1632-T-27TBM**

ERVIN BISHOP CONSTRUCTIONS, INC.,
et al.,

        Defendants.

_____/

## ORDER

    **BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge recommending that Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Dkt. 2) be denied (Dkt. 3). No party has filed written objections to the Report and Recommendation, and the time for doing so has expired.

    After careful consideration of Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED**:

    1)    The Report and Recommendation (Dkt. 3) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

    2)    Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Dkt. 2) is **DENIED**.

    3)    Plaintiff's Complaint is **DISMISSED** without prejudice.

4)      Plaintiff is granted leave to file an amended complaint and an amended Motion to Proceed *in forma pauperis*/Affidavit of Indigency <u>within twenty (20) days of the date of this Order</u>. The Amended Complaint shall comply with Rule 8 of the Federal Rules of Civil Procedure, in that it shall contain a short and plain statement of Plaintiff's claim.  Plaintiff's failure to file an amended complaint within the time allowed will result in the dismissal of this action <u>with prejudice</u>.

**DONE AND ORDERED** in Tampa, Florida, on this  10th day of October, 2007.

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
*Pro se* Plaintiff
Counsel of Record